IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CHRISTIAN NAFFZIGER | * | |
| Plaintiff, | * | |
| v. | * | Case No.: CCB06CV0315 |
| ENCORE RECEIVABLE MANAGEMENT, INC. | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SETTLEMENT

Dear Clerk:

Please be advised that the parties have settled the above-captioned matter. The parties jointly request that the Court issue a Local Rule 111 Order.

| /s/ | /s/ |
|---|---|
| Scott C. Borison | E. Hutchinson Robbins, Jr. |
| Bar No. 22576 | Bar No. 11927 |
| LEGG LAW FIRM LLC | MILES & STOCKBRIDGE P. C. |
| 5500 Buckeystown Pike | 10 Light Street |
| Frederick, MD  21703 | Baltimore, MD  21202 |
| (301) 620-1016 | (410) 385-3408 |
| Attorney for Plaintiff | Attorney for Defendant |